**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GOODWIN, MARK LEE | § Case No. 12-80245 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/08/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  06/26/2012          By:  /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GOODWIN, MARK LEE　　　　　　　　　　　§　Case No. 12-80245
　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　　§

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 31.31 |
| *leaving a balance on hand of* [1] | $ 4,968.69 |
| **Balance on hand:** | $ 4,968.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | Dupaco Community Credit Union | 33,454.48 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,968.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 39.00 | 0.00 | 39.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,100.00 | 0.00 | 1,100.00 |
| Other Expenses: American InfoSource LP | 300.00 | 0.00 | 300.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,689.00 |
| Remaining balance: | $ 2,279.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,279.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,279.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,637.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | University of Iowa Health Care | 44,887.82 | 0.00 | 1,907.82 |
| 3 | Dupaco Community Credit Union | 8,749.47 | 0.00 | 371.87 |

Total to be paid for timely general unsecured claims: $ 2,279.69
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-80245-MB
Mark Lee Goodwin                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez            Page 1 of 2           Date Rcvd: Jul 09, 2012
                              Form ID: pdf006          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2012.
db          +Mark Lee Goodwin,    205 Franklin Street,    Scales Mound, IL 61075-9711
18405711    +Harris & Harris, LTD,    222 Merchandise Mart #1900,    Chicago, IL 60654-1421
18405712    +Kimberly Heller,    205 Franklinl Street,    Scales Mound, IL 61075-9711
18405713    +Randy Goodwin,    2888 Culvert Rd,   Scales Mound, IL 61075-9379
18405714     University of Iowa Health Care,    Payment Processing Center,    PO Box 402000,
              Des Moines, IA 50940-2000
18405715     University of Iowa Health Care,    Payment Processing Center,    2100 University Capital Center,
              Iowa City, IA 52242
18405716    +Visa,    POB 10417,   Des Moines, IA 50306-0417
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18405706     E-mail/Text: gtrierweiler@dupaco.com Jul 10 2012 01:15:26       Dupaco Community Credit Union,
              PO Box 179,    Dubuque, IA 52004-0179
18405708     E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2012 02:35:40       GE Capital,    PO Box 9001557,
              Louisville, KY 40290-1557
18405709    +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2012 02:35:40       GE Capital,    PO Box 530912,
              Atlanta, GA 30353-0912
18405710     E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2012 02:35:40       GE Money Bank,    PO Box 960061,
              Orlando, FL 32896-0061
18405707    +E-mail/Text: Bankruptcy@htlf.com Jul 10 2012 01:18:39      Galena State Bank,    11655 US RT 20,
              Stockton, IL 61085-9700
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jul 09, 2012
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2012 at the address(es) listed below:
         Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
         Joseph D Olsen     Jolsenlaw@comcast.net, IL46@ECFCBIS.com
         Joseph D Olsen     on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
         Mark  Zaleski    on behalf of Debtor Mark Goodwin attyzaleski@comcast.net,
          tremmers.mez@comcast.net
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                  TOTAL: 5